**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 3 2012

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

**STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, as subrogee of ALL STEEL HOMES INC.**                 **PLAINTIFF**

v.                          CASE NO. 4:12-cV-708 SWW

**UNITED STATES POSTAL SERVICE
AND JOAN JACKSON**                              **DEFENDANT**

### COMPLAINT

NOW COMES Plaintiff, State Farm Mutual Automobile Insurance Company

("Plaintiff"), as subrogee of All Steel Homes Inc., for its complaint against Defendants, United

State Postal Service and Joan Jackson, hereby states the following:

This case assigned to District Judge Wright
and to Magistrate Judge Kearney

### JURISDICTION AND VENUE

1.     Plaintiff brings this under the Federal Tort Claims Act, 28 U.S.C. §1346(b), 28

U.S.C. §2671, et. seq.

2.     This Court has jurisdiction pursuant to  28 U.S.C. §1346(b).

3.     Venue is appropriate in this judicial district under 28 U.S.C. §1391(b) because the

events that gave rise to this Complaint occurred in this judicial district.

### PARTIES

4.     Plaintiff is a foreign automotive insurance company with its principle place of

business located in the state of Ohio.

5.     Defendant Joan Jackson is an employee of the United States Postal Service

("USPS").

1

6.      Defendant USPS, as created and governed by Title 39 of the United States Code and other applicable law, rules, and regulations, is an independent establishment of the executive branch of the government of the United States, which, under 39 U.S.C. § 401(1), may be sued in its official name.

## STATEMENT OF FACTS

7.      On or about February 22, 2011, Plaintiff's insured, ALL STEEL HOMES INC., turned into a parking lot off of J.F.K. Blvd. in North Little Rock, Arkansas. Plaintiff's insured proceeded straight ahead in a west bound direction immediately after turning into the parking lot when a USPS's vehicle, driven by Defendant Joan Jackson, proceeding in a south bound direction, struck Plaintiff's insured's vehicle on the rear front fender and wheel.

8.      Upon information and belief, Defendant Joan Jackson, while acting within the scope of her employment with the USPS, negligently operated a vehicle causing damage to property owned by Plaintiff's insured.

9.      Plaintiff compensated its insured for its loss thereby becoming subrogated to its rights and claims with respect to this action.

10.     Plaintiff presented in writing a claim for this loss to the USPS within two years after this loss occurred.

11.     On or around June 8, 2012, Plaintiff received a letter, by certified mail, from USPS notifying Plaintiff of its final denial of its claim of loss.

## COUNT I

## NEGLIGENCE

12.     Plaintiff incorporates and restates each of the above paragraphs as if fully set forth herein.

2

13.     As a direct and proximate result of Defendant Joan Jackson, who was acting within the scope of her employment with the USPS at the time of the vehicle accident, the insured's property was damaged and/or reduced in value, in the amount of $3,601.20, which takes into account any towing, storage, care rental or salvage, where applicable.

14.     Plaintiff has made demand on USPS for this loss as a result of its employee's negligence, and USPS denies this claim for the loss.

WHEREFORE, Plaintiff State Farm Mutual Automobile Insurance Company requests Judgment against Defendants, United States Postal Service and Joan Jackson, providing the following relief:

(a) Compensatory damages in the amount of  $3,601.20;

(b) An award of a statutory rate of per annum interest from the date of judgment, costs incurred, and reasonable attorney's fee;

(c) All other and further relief as Court deems appropriate.

Respectfully submitted,

Justin A. Hinton
Ark. Bar No. 2010025

**ATTORNEYS FOR PLAINTIFF:**

Justin A. Hinton
Hosto & Buchan, PLLC
P.O. Box 3316
Little Rock, AR 72211
(501) 320-0295
Fax: (501) 482-0295
Email: jhinton@hosto.com