IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY                                                                                       PLAINTIFF

v.                                        CASE NO.: 4:12CV-708-SWW

UNITED STATES POSTAL SERVICE                                            DEFENDANT

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, State Farm Mutual Automobile Insurance Company, by and through their attorneys Hosto & Buchan, PLLC, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant, the United States Postal Service.

Respectfully submitted,

/s/ Justin A. Hinton
Ark. Bar. No. 2010025
Hosto & Buchan, PLLC
P.O. Box 3316
Little Rock, AR 72203
(501) 320-0295
jhinton@hosto.com

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been sent this 6th day of February, 2013 via mail and/or fax to the following parties:

United States Attorney's Office
P.O. Box 1229
Little Rock, Arkansas 72203

/s/ Justin A. Hinton
Justin A. Hinton